AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Donnelly, Ann M. | **2. Court or Organization**<br><br>United States District Court, Eastern District of New York | **3. Date of Report**<br><br>05/13/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
EasternDistrict of New York
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Thurgood Marshall Junior Mock Trial Program |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Donnelly, Ann M. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2020 | New York State Retirement System | $94,379.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2020 | Ernst & Young salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. Federal Bar Council | 2/23/2020-3/1/2020 | Nassau, Bahamas | Conference | airfare and lodging (including        ) |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donnelly, Ann M.** | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donnelly, Ann M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA #1 (H) | | | | | | | | | |
| 2.  American Funds International Growth and Income Fund | B | Dividend | L | T | | | | | |
| 3.  American Funds New World Fund | A | Dividend | M | T | | | | | |
| 4.  American Funds Growth Fund of America | E | Dividend | O | T | Sold (part) | 11/11/20 | O | G | |
| 5.  American Funds Income Fund of America | C | Dividend | | | Sold | 09/04/20 | M | E | |
| 6.  JP Morgan Large Cap Growth Fund Class A | E | Dividend | O | T | | | | | |
| 7.  JP Morgan Large Cap Growth Fund Class I | D | Dividend | N | T | Buy | 11/11/20 | N | | |
| 8.  Blackrock Technology Opportunites Fund | E | Dividend | O | T | Buy | 11/11/20 | M | | |
| 9.  Cash (UBS) | A | Interest | K | T | | | | | |
| 10.  IRA #2 (H) | | | | | | | | | |
| 11.  American Funds Capital Income Builder | B | Dividend | | | Sold | 08/28/20 | M | E | |
| 12.  American Funds, Income Fund of America | B | Dividend | | | Sold | 08/28/20 | M | E | |
| 13.  JP Morgan Large Cap Growth Fund | D | Dividend | N | T | Buy | 08/28/20 | N | | |
| 14.  Cash (UBS) | A | Interest | J | T | | | | | |
| 15.  401K (H) | | | | | | | | | |
| 16.  Dodge & Cox Stock Large Cap Value | C | Int./Div. | L | T | | | | | |
| 17.  TRP New Horizons I Mid Cap Growth | D | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donnelly, Ann M. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AF New Perspect R6 World | B | Int./Div. | L | T | | | | | |
| 19. FID GR Co Pool CL 2 Large Cap Growth | A | Int./Div. | M | T | | | | | |
| 20. AF Europac Growth R6 Foreign | A | Int./Div. | K | T | | | | | |
| 21. PIM Total RT Inst Intermediate Term Bond | C | Int./Div. | L | T | | | | | |
| 22. Joint Account (H) | | | | | | | | | |
| 23. American Funds, American Mutual Fund | C | Dividend | M | T | | | | | |
| 24. Cisco Systems, Inc. | B | Dividend | K | T | | | | | |
| 25. American Funds Capital Income Builder | B | Dividend | | | Sold<br>(part) | 08/28/20 | K | D | |
| 26. American Funds Capital Income Builder Fund | C | Dividend | | | Sold | 09/04/20 | M | E | |
| 27. American Funds Growth Fund of America | E | Dividend | N | T | | | | | |
| 28. Travelers Cos., Inc. | A | Dividend | L | T | | | | | |
| 29. JP Morgan Large Cap Growth Fund Class 1 | E | Dividend | O | T | | | | | |
| 30. Blackrock Technology Opportunities Fund | D | Dividend | N | T | Buy | 09/04/20 | M | | |
| 31. Columbia Threadneedle Columbia Acorn Fund (X) | A | Dividend | | | Sold | 05/06/20 | K | A | |
| 32. Lord Abbett Bond Debenture A (X) | A | Dividend | L | T | | | | | |
| 33. American Century Ultra Fund (X) | B | Dividend | L | T | | | | | |
| 34. Nicholas Funds Nicholas Fund, Inc. (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab Small Cap Index Fund (X) | A | Dividend | | | Sold | 05/06/20 | K | A | |
| 36. Schwab 1000 Index Fund (X) | C | Dividend | M | T | | | | | |
| 37. T. Rowe Price Spectrum Growth (X) | A | Dividend | | | Sold | 05/06/20 | K | A | |
| 38. Ford Motor Co.(X) | A | Dividend | | | Sold | 05/06/20 | J | A | |
| 39. Southern Co. (X) | A | Dividend | | | Sold | 05/06/20 | K | A | |
| 40. First Energy Corp. (X) | A | Dividend | | | Sold | 12/23/20 | K | A | |
| 41. Cash (UBS) | A | Interest | M | T | | | | | |
| 42. Rental Property, Brooklyn, NY | E | Rent | K | W | | | | | |
| 43. Citibank Account | A | Interest | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donnelly, Ann M.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 5 of the 2019 report, the sale of American Funds Capital Income Builder fund was inadevertently reported as a partial sale; all of it was sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ann M. Donnelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544